**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROSOMNUS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10972 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 26, 2024 AT 10:00 A.M. (ET)**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## CONTESTED MATTER GOING FORWARD

1.  Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 88; Filed: 5/24/2024]

    <u>Objection Deadline</u>:   June 20, 2024 at 4:00 p.m.

    <u>Related Document(s)</u>:

    a)  Joint Chapter 11 Plan of Reorganization of ProSomnus, Inc. and its Debtor Affiliates [Docket No. 86; Filed: 5/24/2024]

    b)  Disclosure Statement for Joint Chapter 11 Plan of Reorganization of ProSomnus, Inc. and its Debtor Affiliates [Docket No. 87; Filed: 5/24/2024]

    c)  Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for Joint Chapter 11 Plan of Reorganization of ProSomnus, Inc. and Its Debtor Affiliates [Docket No. 96; Filed: 5/28/2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ProSomnus, Inc. (8216), ProSomnus Holdings, Inc. (3855), and ProSomnus Sleep Technologies, Inc. (0766). The location of the Debtors' principal place of business and the Debtors' mailing address is 5675 Gibraltar Dr., Pleasanton, California 94588.

- d) Amended Joint Chapter 11 Plan of Reorganization of ProSomnus, Inc. and its Debtor Affiliates [Docket No. 177; Filed: 6/24/2024]

- e) Notice of Filing of Redline of Plan [Docket No. 178; Filed: 6/24/2024]

- f) Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of ProSomnus, Inc. and its Debtor Affiliates [Docket No. 179; Filed: 6/24/2024]

- g) Notice of Filing of Redline of Disclosure Statement [Docket No. 180; Filed: 6/24/2024]

- h) Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 181; Filed: 6/24/2024]

- i) Reply of Debtors in Support of Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 182; Filed: 6/24/2024]

- j) Joinder of Ad Hoc Crossover Group of Convertible Noteholders to Reply of Debtors in Support of Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 183; Filed: 6/24/2024]

- k) Motion for Leave to File and Serve a Late Reply of Debtors in Support of Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 184; Filed: 6/24/2024]

<u>Response(s) Received</u>:

- l) United States Trustee's Objection Debtors' Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing

Notice and Objection Procedures for Confirmation of Plan, and (V) Granting Related Relief [Docket No. 164; Filed: 6/18/2024]

<u>Status</u>:     This matter will go forward

| | |
|---|---|
| Dated: June 24, 2024<br>Wilmington, Delaware | POLSINELLI PC<br><br>*/s/ Shanti M. Katona*<br>Shanti M. Katona (Del. Bar No. 5352)<br>Katherine M. Devanney (Del. Bar No. 6356)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>Mark B. Joachim (Admitted Pro Hac Vice)<br>1401 Eye Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 783-3300<br>Facsimile: (202) 783-3535<br>mjoachim@polsinelli.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |